E-FILED
Tuesday, 30 June, 2026  05:34:03 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>#24M1213.22 | AGENCY<br>☒ IDHR<br><br>☐ EEOC | CHARGE NUMBER<br><br>2024SF2349 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Raphael Thomas | | TELEPHONE NUMBER (include area code)<br><br>███████ |
|---|---|---|
| STREET ADDRESS<br>████████ | CITY, STATE AND ZIP CODE<br>████████ | DATE OF BIRTH<br><br>MM / DD / YYYY |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

| NAME OF RESPONDENT<br><br>T-Mobile | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area<br><br>(773) 724-1282 |
|---|---|---|
| STREET ADDRESS<br><br>1260 U.S. – 51, Suite D | CITY, STATE AND ZIP CODE<br><br>Forsyth, IL 62535 | COUNTY<br><br>Macon |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL) |
|---|---|
| Color      Race      Sexual Orientation | 11/16/2023          11/16/2023<br>☐ CONTINUING ACTION |

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

<u>S E E   A T T A C H E D</u>

**Page 1 of 5**                                                                                             LMO/MFP

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]<br><br>X _Raphael Thomas_ _____   6/28/24<br>SIGNATURE OF COMPLAINANT          DATE |
|---|---|

EEO-5 FORM (Rev. 7/2023-INT)                                                    **RETURN THIS COPY**

Charge Number: 2024SF2349
Complainant: Raphael Thomas
Page 2 of 5

1. **HARASSMENT, INTIMIDATING, HOSTILE OR OFFENSIVE WORK ENVIRONMENT – ON OR ABOUT NOVEMBER 16, 2023, DUE TO COLOR**

   A.   My color is dark-complexioned.

   B.   Respondent was aware of my color.

   C.   On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
      a. Calling me a "bitch ass nigga" at work multiple times.
      b. Threatening me by expressing that she was going to fight me and my family.
      c. Sending me a text calling me a "bitch ass nigga".

   D.   I found the conduct unwelcome and unwanted.

   E.   Cynthia Scott, Supervisor, is a member of management with authority over me.

   F.   Respondent's conduct created a hostile, intimidating, or offensive work environment that substantially interfered with my ability to perform my job.

   G.   Respondent treated similarly situated employees whose color was not dark-complexioned, differently under similar circumstances.

2. **HARASSMENT, INTIMIDATING, HOSTILE OR OFFENSIVE WORK ENVIRONMENT – ON OR ABOUT NOVEMBER 16, 2023, DUE TO RACE**

   A.   My race is black.

   B.   Respondent was aware of my race.

   C.   On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
      a. Calling me a "bitch ass nigga" at work multiple times.
      b. Threatening me by expressing that she was going to fight me and my family.
      c. Sending me a text calling me a "bitch ass nigga".

   D.   I found the conduct unwelcome and unwanted.

   E.   Cynthia Scott, Supervisor, is a member of management with authority over me.

   F.   Respondent's conduct created a hostile, intimidating, or offensive work environment that substantially interfered with my ability to perform my job.

   G.   Respondent treated similarly situated employees whose race was non-black, differently under similar circumstances.

**RETURN THIS COPY**

Charge Number: 2024SF2349
Complainant: Raphael Thomas
Page 3 of 5

3.    **HARASSMENT, INTIMIDATING, HOSTILE OR OFFENSIVE WORK ENVIRONMENT – ON OR ABOUT NOVEMBER 16, 2023, DUE TO SEX**

    A.    My sex is male.

    B.    Respondent was aware of my sex.

    C.    On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
        a.  Calling me a "bitch ass nigga" at work multiple times.
        b.  Threatening me by expressing that she was going to fight me and my family.
        c.  Sending me a text calling me a "bitch ass nigga".

    D.    I found the conduct unwelcome and unwanted.

    E.    Cynthia Scott, Supervisor, is a member of management with authority over me.

    F.    Respondent's conduct created a hostile, intimidating, or offensive work environment that substantially interfered with my ability to perform my job.

    G.    Respondent treated similarly situated employees whose sex was non-male, differently under similar circumstances.

4.    **HARASSMENT, INTIMIDATING, HOSTILE OR OFFENSIVE WORK ENVIRONMENT – ON OR ABOUT NOVEMBER 16, 2023, DUE TO SEXUAL ORIENTATION**

    A.    My sexual orientation is heterosexual.

    B.    Respondent was aware of my sexual orientation.

    C.    On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
        a.  Calling me a "bitch ass nigga" at work multiple times.
        b.  Threatening me by expressing that she was going to fight me and my family.
        c.  Sending me a text calling me a "bitch ass nigga".

    D.    I found the conduct unwelcome and unwanted.

    E.    Cynthia Scott, Supervisor, is a member of management with authority over me.

    F.    Respondent's conduct created a hostile, intimidating, or offensive work environment that substantially interfered with my ability to perform my job.

    G.    Respondent treated similarly situated employees whose sexual orientation was non-heterosexual, differently under similar circumstances.

**RETURN THIS COPY**

Charge Number: 2024SF2349
Complainant: Raphael Thomas
Page 4 of 5

5.   **CONSTRUCTIVE DISCHARGE – ON OR ABOUT NOVEMBER 16, 2023, DUE TO COLOR**

    A.   My color is dark-complexioned.

    B.   Respondent was aware of my color.

    C.   On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
        a.   Calling me a "bitch ass nigga" at work multiple times.
        b.   Threatening me by expressing that she was going to fight me and my family.
        c.   Sending me a text calling me a "bitch ass nigga".

    D.   Respondent deliberately made my working conditions difficult, intolerable, or unpleasant, and created a hostile, intimidating, or offensive work environment.

    E.   As a result of the difficult, intolerable, or unpleasant working conditions, on or about November 16, 2023, I had no option but to resign.

6.   **CONSTRUCTIVE DISCHARGE – ON OR ABOUT NOVEMBER 16, 2023, DUE TO RACE**

    A.   My race is black.

    B.   Respondent was aware of my race.

    C.   On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
        a.   Calling me a "bitch ass nigga" at work multiple times.
        b.   Threatening me by expressing that she was going to fight me and my family.
        c.   Sending me a text calling me a "bitch ass nigga".

    D.   Respondent deliberately made my working conditions difficult, intolerable, or unpleasant, and created a hostile, intimidating, or offensive work environment.

    E.   As a result of the difficult, intolerable, or unpleasant working conditions, on or about November 16, 2023, I had no option but to resign.

7.   **CONSTRUCTIVE DISCHARGE – ON OR ABOUT NOVEMBER 16, 2023, DUE TO SEX**

    A.   My sex is male.

    B.   Respondent was aware of my sex.

**RETURN THIS COPY**

Charge Number: 2024SF2349
Complainant: Raphael Thomas
Page 5 of 5

    C.    On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
        a.    Calling me a "bitch ass nigga" at work multiple times.
        b.    Threatening me by expressing that she was going to fight me and my family.
        c.    Sending me a text calling me a "bitch ass nigga".

    D.    Respondent deliberately made my working conditions difficult, intolerable, or unpleasant, and created a hostile, intimidating, or offensive work environment.

    E.    As a result of the difficult, intolerable, or unpleasant working conditions, on or about November 16, 2023, I had no option but to resign.

8.    **CONSTRUCTIVE DISCHARGE – ON OR ABOUT NOVEMBER 16, 2023, DUE TO SEXUAL ORIENTATION**

    A.    My sexual orientation is heterosexual.

    B.    Respondent was aware of my sexual orientation.

    C.    On or about November 16, 2023, Respondent through Cynthia Scott, Supervisor, subjected me to harassment by
        a.    Calling me a "bitch ass nigga" at work multiple times.
        b.    Threatening me by expressing that she was going to fight me and my family.
        c.    Sending me a text calling me a "bitch ass nigga".

    D.    Respondent deliberately made my working conditions difficult, intolerable, or unpleasant, and created a hostile, intimidating, or offensive work environment.

    E.    As a result of the difficult, intolerable, or unpleasant working conditions, on or about November 16, 2023, I had no option but to resign.

**RETURN THIS COPY**