E-FILED
Tuesday, 30 June, 2026  05:37:46 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

RAPHAEL THOMAS
*Plaintiff*

v.

TCC WIRELESS, LLC
*Defendant*

Case No.     2:26-cv-02194-CSB-EIL

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAPHAEL THOMAS                                                                                          .

Date:     06/30/2026

s:/ Nathan C. Volheim
*Attorney's signature*

Nathan C. Volheim #6302103
*Printed name and bar number*

2500 S. Highland Ave, Suite 200, Lombard, IL 60148
*Address*

nvolheim@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*