E-FILED
Thursday, 02 July, 2026  12:07:32 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

|  |  |
|---|---|
| RAPHAEL THOMAS | ) |
| *Plaintiff* | ) |
| v. | ) |
| TCC WIRELESS, LLC | ) |
| *Defendant* | ) |

Case No.    2:26-cv-02194-CSB-EIL

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAPHAEL THOMAS                                                    .

Date:   07/02/2026

s:/ Sophia Steere
*Attorney's signature*

Sophia Steere - #100481
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

ssteere@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*